BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  brian_rohlfing.office@speakeasy.net

Attorney for JOSE G. OCEJO

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. OCEJO, | No.  1:08-CV-0895 DLB |
| Plaintiff, | STIPULATION TO DISMISSAL |
| v. | |
| MICHAEL J. ASTRUE<br>Commissioner of Social Security, | |
| Defendant. | |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///
///
///
///
///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

DATED: February 11, 2009          LAW OFFICES OF LAWRENCE D. ROHLFING

1

2                                 */s/ - Brian C. Shapiro

3                                 _____
                                  BRIAN C. SHAPIRO
4                                 Attorney for JOSE G. OCEJO

5

6

7   DATED:  February 11, 2009     McGREGOR W. SCOTT
                                  United States Attorney
8

9

10                                */S/-Leo Montenegro

11                                _____

12                                Leo Montenegro
                                  SPECIAL ASSISTANT AUSA
13                                Attorney for Defendant

14                                [*By via email authorization on 2/11/09]

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1

2          IT IS HEREBY ORDERED, based on the stipulation by and between the

3    parties, through their respective counsel, that the court dismisses the above matter

4    without prejudice. Each side to bear his/her own costs and expenses, including but

5    not limited to attorney's fees.

6          IT IS SO ORDERED.

7    DATE: February 13, 2009

8                                      /s/ OLIVER W. WANGER
                                       THE HONORABLE OLIVER W. WANGER
                                       UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com